FILED

03/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0105

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0105

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JEB EUGENE MARQUIS

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 12, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 6 2024